RECEIVED JUN - 4 2019 R. B. SMITH U.S. DISTRICT JUDGE, NORFOLK, VA

Todd E. Vassell
Reg. no. 27684-083
P.O. Box 2000
Bruceton Mills, WV 26525

Honorable Judge Rebecca Beach Smith
United States District Court
600 Granby Street
Norfolk, VA 23510

June 1, 2019

Dear Honorable Judge Rebecca Beach Smith:

    I am writing this letter not only seeking the benefit of the First Step Act. But more importantly, an opportunity to demonstrate before this Honorable Court the changes I have made since being sentenced May 16, 1997.

Respectfully submitted,
Todd Vassell