AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:93cr81 |
| Tadd E. Vassell | ) USM No: 27684-083 |
| Date of Original Judgment: May 16, 1997 | ) |
| Date of Previous Amended Judgment: N/A | ) Adam M. Carroll |
| *(Use Date of Last Amended Judgment if Any)* | ) Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of        Life        **is reduced to**        360 months

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   May 16, 1997   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   October 30, 2019

/s/
Rebecca Beach Smith
Senior United States District Judge _RBS_
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Rebecca Beach Smith, District Judge
*Printed name and title*